FILED

09/23/2020

Bowen Greenwood
CLERK OF THE SUPREME COURT
STATE OF MONTANA

Case Number: DA 20-0105

IN THE SUPREME COURT OF THE STATE OF MONTANA

DA 20-0105

_____

MUFFIE B. MURRAY and W. STEPHEN
MURRAY,  HELD FAMILY TRUST, and
WILLIAM A. SARRAZIN,

        Plaintiffs, Counter-Defendants,
        and Appellees,

                        O R D E R

    v.

NATHAN G. JUDD,

        Defendant, Counter-Plaintiff,
        and Appellant.

_____

Pursuant to the Internal Operating Rules of this Court, this cause is classified for submission on briefs to a five-justice panel of this Court.

The Clerk is directed to provide a copy hereof to all counsel of record and to the Honorable Brenda Gilbert, District Judge.

For the Court,

Electronically signed by:
Mike McGrath
Chief Justice, Montana Supreme Court
September 23 2020